UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-342-FDW

| | |
|---|---|
| HARRY JAMES JONES, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> STATE OF NORTH CAROLINA, ) <br> ) <br> Respondent. ) <br>　) | **ORDER** |

On Petitioner's Motion for Certificate of Appealability, (Doc. No. 16), and on his Objections to Recommendation of U.S. Magistrate Judge and Motion to Appoint Counsel, (Doc. 17), Petitioner's motions are **DENIED**.

**IT IS SO ORDERED.**

Signed: June 3, 2014

Frank D. Whitney
Chief United States District Judge

1